IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LING CHAI MAGINN | § | |
| | § | Cons. Nos. 372, 2024 and 430, 2024 |
| Plaintiff-Below, Appellant, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| ROBERT MAGINN, JR., and D. | § | C.A. No. 2023-1140 |
| QUINN MILLS, | § | |
| | § | |
| Defendants-Below, Appellees, | § | |
| | § | |
| and | § | |
| | § | |
| JENZABAR, INC., a Delaware | § | |
| Corporation, | § | |
| | § | |
| Nominal Defendant Below, | § | |
| Appellee. | § | |

Submitted:   April 23, 2025
Decided:    May 14, 2025

Before **VALIHURA**, **TRAYNOR**, and **LEGROW**, Justices.

## O R D E R

NOW this 14th day of May 2025, the Court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its: Final Order and Judgment dated August 5, 2024 on Counts II, III, and IV of Plaintiff's Amended Complaint; Memorandum Opinion dated October 1, 2024; Order Granting Defendants D. Quinn Mills and Torrance C. Harder's Motion for Summary

Judgment dated October 4, 2024; and in its Order Granting Defendant Robert Maginn, Jr.'s Motion for Summary Judgment dated October 4, 2024.

NOW THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice